UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22741-GAYLES

LUIS CELI,

    Plaintiff,

v.

STEWARD PGH, INC.,

    Defendant.
_____/

# ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Entry of Default Judgment Against Defendant Steward PGH, Inc., [ECF No. 12], and Renewed Motion for Default Final Judgment, [ECF No. 13], (the "Motions"). The Court has reviewed the Motions and the record and is otherwise fully advised. For the reasons set forth below, Plaintiff's Motions are granted.

On June 17, 2025, Plaintiff filed this action against Defendant Steward PGH, Inc. ("Defendant") alleging claims for age discrimination in violation of the Age Discrimination in Employment Act ("ADEA") and Retaliation in violation of the ADEA. [ECF No. 1]. Despite proper service, Defendant failed to respond to the Complaint or otherwise appear in this action. On August 13, 2025, upon Plaintiff's motion, the Clerk of Court entered a default against Defendant. [ECF Nos. 7, 8]. Plaintiff now moves for entry of final default judgment against Defendant. [ECF Nos. 12, 13].[1]

Pursuant to Federal Rule of Civil Procedure 55(b), the Court is authorized to enter final default judgment against a party who has failed to respond to a complaint. Before entering default

---

[1] Plaintiff's "Renewed" Motion for Default Judgment attached a proposed order. [ECF No. 13].

judgment, a "district court must ensure that the well-pleaded allegations of the complaint . . . actually state a cause of action and that there is a substantive, sufficient basis in the pleadings for the particular relief sought." *Tyco Fire & Sec., LLC* v. *Alcocer,* 218 F. App'x 860, 863 (11th Cir. 2007). Upon review of Plaintiff's Motions and the record, the Court finds a sufficient basis to support Plaintiff's claims for age discrimination and retaliation under the ADEA. In addition, the Court finds that Plaintiff has established entitlement to $88,977.37 in back pay. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Default Judgment Against Defendant Steward PGH, Inc., [ECF No. 12], and Renewed Motion for Default Final Judgment, [ECF No. 13], are **GRANTED**.

2. The Court shall enter a separate final default judgment in accordance with Federal Rule of Civil Procedure 58.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **Wednesday, January 28, 2026.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE